UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-82456-Civ-Marra/Johnson

NORMA V. BINNS,

    Plaintiff,

v.

UNIVERSAL DATA SERVICES, LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties have reached a settlement that requires Defendant to pay the settlement funds no later than May 14, 2010. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice and requests the Court reserve jurisdiction to enforce the terms in the settlement agreement if necessary.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-82456-Civ-Marra/Johnson

NORMA V. BINNS,

    Plaintiff,

v.

UNIVERSAL DATA SERVICES, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>April 22, 2010</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          <u>s/Donald A. Yarbrough</u>
                                          Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Edward T. Vasques
Universal Data Service, LLC.
702 Feliz Street
St. Joseph, MO 64501
Telephone: 816-676-3308
Facsimile: 816-222-0489

<u>Via U.S. Mail and Facsimile.</u>