UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-82456-CIV-MARRA

NORMA V. BINNS,

Plaintiff,

vs.

UNIVERSAL DATA SERVICES, LLC,

Defendant.
_____/

## ORDER DISMISSING CASE

This cause is before the Court upon the Notice of Voluntary Dismissal with Prejudice (DE 5).  The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the above-styled cause is dismissed with prejudice.  The Court shall reserve jurisdiction to enforce the terms of the settlement agreement.  The case is closed and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of April, 2010.

_____
KENNETH A. MARRA
United States District Judge